# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JENNIFER A. MEINEN  
1520-21ST AVENUE, #9  
ROCKFORD, IL 61104  
SSN-xxx-xx-2328

Case Number: 07-72100

Case filed on: 9/4/2007  
Plan Confirmed on: 12/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $808.76       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 313.30 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 313.30 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,685.83 | 1,685.83 | 0.00 | 0.00 |
|  | Total Priority | 1,685.83 | 1,685.83 | 0.00 | 0.00 |
| 999 | JENNIFER A. MEINEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SANTANDER CONSUMER USA | 6,649.02 | 6,000.00 | 213.53 | 224.64 |
|  | Total Secured | 6,649.02 | 6,000.00 | 213.53 | 224.64 |
| 001 | SANTANDER CONSUMER USA | 0.00 | 649.02 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 409.23 | 409.23 | 0.00 | 0.00 |
| 003 | AFFILIATED ACCEPTANCE CRP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICREDIT | 4,001.24 | 4,001.24 | 0.00 | 0.00 |
| 007 | BALLY TOTAL FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CALCARS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CENTURION CAPITAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHASE 8 AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DENTAL GROUP OF ROCKFORD | 239.80 | 239.80 | 0.00 | 0.00 |
| 016 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HUNTLEY CHEVROLET | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | I.D.E.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JAMES & JOANNE SASEK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 5,285.21 | 5,285.21 | 0.00 | 0.00 |
| 024 | MICHIGAN HIGHER EDUCATION ASSISTANCE | 4,696.34 | 4,696.34 | 0.00 | 0.00 |
| 025 | NEW MILL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 497.99 | 497.99 | 0.00 | 0.00 |
| 027 | OMINUM WORLDWIDE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSI COLLECTION SERVICE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PENTAGROUP FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RMH PATHOLOGISTS | 535.00 | 535.00 | 0.00 | 0.00 |
| 031 | ALLIED BUSINESS ACCOUNTS INC | 500.00 | 500.00 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY INC | 759.90 | 759.90 | 0.00 | 0.00 |
| 034 | ECMC | 2,451.06 | 2,451.06 | 0.00 | 0.00 |
| 035 | STATE FARM MUTUAL AUTOMOBILE INS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | TRI-STATE ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WILLIAM B. ERICKSON, D.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | COMED CO | 1,117.64 | 1,117.64 | 0.00 | 0.00 |
| 039 | AMERICREDIT | 12,574.18 | 12,574.18 | 0.00 | 0.00 |
| 040 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 7,292.63 | 7,292.63 | 0.00 | 0.00 |
| 041 | VATIV RECOVERY SOLUTIONS LLC | 1,693.50 | 1,693.50 | 0.00 | 0.00 |
|  | Total Unsecured | 42,053.72 | 42,702.74 | 0.00 | 0.00 |
|  | Grand Total: | 53,388.57 | 53,388.57 | 526.83 | 224.64 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $751.47 |
| Trustee Allowance: | $57.29 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                        /s/ Lydia S. Meyer
                                                        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan